United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOAQUIN V.,[1] | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-813 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| Respondents. | § | |

**ORDER REQUIRING PETITIONER'S REPONSE**

Before the Court is "Respondents' Motion to Dismiss as Moot." Dkt. No. 9. In this filing, Respondents inform the Court that Petitioner was removed from the United States in August of 2026. Dkt. No. 9 at 1.

To facilitate the Court's consideration of this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1), PETITIONER is **ORDERED** to respond to Respondents' Motion to Dismiss (Dkt. No. 9) **no later than October 28, 2026.**[2]

If Petitioner fails to file a response by this deadline, then the Court will consider the Motion to Dismiss unopposed,[3] and may deny the Petition (Dkt. No. 1) as moot.

Signed on October 19, 2026.

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

[2] Though the typical response deadline to a Motion such as a Motion to Dismiss is set at 21-days pursuant to the Local Rule 7.3, the Court exercises its discretion to shorten the time period under Local Rule 7.8. *See* S.D. Tex. L. R. 7.3, 7.8.

[3] Under Local Rule 7.4, "[f]ailure to respond to a motion will be taken as a representation of no opposition." S.D. Tex. L. R. 7.4.