United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOAQUIN GARCIA VARGAS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00813 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before this Court are Respondents' "Motion to Dismiss as Moot" (Dkt. No. 9) ("MTD") and "Petitioner's Response to Respondents' Motion to Dismiss as Moot" (Dkt. No. 11) ("Response").

By their MTD, Respondents notify the Court of Petitioner's removal from the United States and request dismissal of the Petition on mootness grounds. Dkt. No. 9. Petitioner is unopposed to dismissal of the "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") without prejudice. *See* Dkt. No. 11.

Because the dismissal request is unopposed and supported by applicable law, it is **ORDERED** that Respondents' MTD (Dkt. No. 9) is **GRANTED** and the Petition (Dkt. No. 1) is **DISMISSED without prejudice as moot**. The Clerk of Court is **INSTRUCTED** to close this case.

SIGNED this October 29, 2026

Rolando Olvera
United States District Judge